zzzzzzzzUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-60349-WPD

ALLISON PARKER,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE RESOURCES
INC D/B/A AR RESOURCES INC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

On February 27, 2023, this Court entered its initial Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 5]. On April 14, 2023, a Joint Notice of Settlement was filed, stating that the parties have settled this matter. *See* [DE 10]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **May 2, 2023**, the parties shall either file the appropriate dismissal documents or show cause why they have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of April, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record